12C

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

### Petition and Order for Warrant for Offender Under Supervision

Name of Offender:  **Thomas Richard Dale Goatz**          Docket Number:  **2:11CR00888-002**
                                                                          **2:19-mj-00468-NJK**

Name of Sentencing Judicial Officer:   **Honorable Ted Stewart**
                                       **Senior U.S. District Judge**

Date of Original Sentence:  **June 4, 2012**
Original Offense:  **Possession of Stolen Firearms**
Original Sentence:  **30 Months BOP Custody/36 Months Supervised Release**

Date of Violation Sentence:  **January 16, 2018**
Violation Sentence:  **Time Served (77 days)/24 Months Supervised Release**

Type of Supervision:  **Supervised Release**          Supervision Began:  **January 25, 2018**

### PETITIONING THE COURT

☒  To issue a warrant to be placed as a detainer and toll the supervision term; Clark County Detention Center, Las Vegas, Nevada

Last known address:  1664 South Village Lane, Orem, Utah 84058

### CAUSE

The probation officer believes that the offender has violated the conditions of supervision as follows:

**Allegation No. 1:** On or about June 17, 2019, the defendant left the judicial district without permission of the court or probation officer and went to Las Vegas, Nevada.

Evidence in support of this allegation consists of booking records from Clark County Detention Center in Las Vegas, Nevada.

**Allegation No. 2:** On or about June 17, 2019, the defendant committed another federal, state, or local crime, to wit: battery resulting in substantial bodily harm.

Evidence in support of this allegation consists of booking records from Clark County Detention Center in Las Vegas, Nevada.

I declare under penalty of perjury that the foregoing is true and correct.

by Rick Law
U.S. Probation Officer
June 17, 2019

PROB 12C
D/UT 03/19

Thomas Richard Dale Goatz
2:11CR00888-002

## THE COURT ORDERS:

☒ The issuance of a warrant be placed as a detainer and tolling of the supervision term
☐ The issuance of a summons
☐ No action
☐ Other

_____
Honorable Ted Stewart
Senior United States District Judge

Date: June 17, 2019

2182104

# United States District Court

for the

District of Utah

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No: 2:11-cr-00888-TS-2 |
| Dudley et al | 2:19-mj-00468-NJK |

## ARREST WARRANT

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) __THOMAS RICHARD DALE GOATZ__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information
☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition
☒ Supervised Release Violation Petition

This offense is briefly described as follows:

Alleged Violation of Supervised Release

in violation of _____ United States Code.

Ted Stewart                                    United States District Judge
Name of Issuing Officer                       Title of Issuing Officer

/s/ STOUT                                     June 17, 2019 at Salt Lake City, Utah
Signature of Issuing Officer                  Date and Location

By: Jennifer Stout
    Deputy Clerk

Bail fixed _____ by _____
                                Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |